```
 1  GREEN & HALL, A Professional Corporation
    HOWARD D. HALL, State Bar No. 145024
 2    hdhall@greenhall.com
    MACEY A. CHAN, State Bar No. 258470
 3    mchan@greenhall.com
    1851 East First Street, 10th Floor
 4  Santa Ana, California 92705-4052
    Telephone: (714) 918-7000
 5  Facsimile: (714) 918-6996

 6  Attorneys for Defendant
    NATIONSTAR MORTGAGE LLC
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANN CRAWFORD and NASRINE GHANAAT, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONSTAR MORTGAGE, LLC and DOES 1 to 20, <br><br> Defendant. | CASE NO. 4:15-CV-00301 <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** <br><br> TRIAL DATE:   None Set |

PLEASE TAKE NOTICE that Defendant Nationstar Mortgage LLC hereby substitutes Green & Hall, APC as its attorneys of record in this action in place of Barrett Daffin Frappier Treder & Weiss, LLP, 400 Exchange, Suite 100, Irvine, CA 92602, telephone number (949) 265-9940; facsimile number (949) 236-5567.

All pleadings, orders and notices should henceforth be served upon Howard D. Hall and Macey A. Chan at Green & Hall, APC, 1851 E. First Street, 10th Floor, Santa Ana, California 92705, telephone number (714) 918-7000, facsimile number (714) 918-6996. Defendant Nationstar Mortgage LLC and its counsel are prepared to attend the February 5, 2015 Early Assessment Telephone Conference.

///

///

1  DATED: ~~January~~ February 3, 2015        GREEN & HALL, A Professional Corporation

4                                              By: _____/s/_____
                                                    Howard D. Hall
                                                    Macey A. Chan
                                               Attorneys for Defendant
                                               NATIONSTAR MORTGAGE LLC

9  I consent to the above substitution of counsel.

10 DATED: January 29, 2015                     BARRETT DAFFIN FRAPPIER TREDER &
                                               WEISS, LLP

13                                             By: _____/s/_____
                                                    Chris C. Chapman
                                               Attorneys for Defendant
                                               NATIONSTAR MORTGAGE LLC

17 I consent to the above substitution of counsel.

   DATED: ~~January~~ Feb. 2, 2015

20                                             By: _____/s/ Scott Braugh_____
                                                    Scott Braugh
                                                    VP, Associate General Counsel
                                                    NATIONSTAR MORTGAGE LLC

23 The withdrawal and substitution of counsel is approved and so ORDERED.

24 DATED: February 3, 2015

                                               IT IS SO ORDERED
                                               /s/ Donna M. Ryu
                                               JUDGE OF THE UNITED STATES DISTRICT
                                               COURT