**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN CRAWFORD and NASRINE GHANAAT,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; BARRRETT DAFFIN FRAPPIER TREDER & WEISS, LLP; U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF HARBORVIEW 2005-3 TRUST FUND and DOES 1 to 20,<br><br>    Defendant. | CASE NO. 4:15-CV-00301<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>TRIAL DATE:    None Set |

///

///

///

///

///

///

///

///

///

# [PROPOSED] ORDER

**PURSUANT TO THE JOINT STIPULATION OF THE PARTIES, THE COURT ORDERS AS FOLLOWS:**

1. The Case Management Conference, currently scheduled for May 20, 2015, is continued to June 11, 2015 ~~or to _____, 2015;~~ at 11:00 a.m.

The case management statement is due June 4, 2015.

**IT IS SO ORDERED.**

DATED this __7__ day of ___May___, 2015

BY THE COURT:

_____
Hon. Donna M. Ryu
United States Magistrate Judge